**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**CARRIE ANN SEDOR,**

      **Plaintiff,**

      **v.**                      **Case Number 2:24-cv-3714**
                                 **Judge Edmund A. Sargus, Jr.**
**STATE FARM FIRE AND**        **Magistrate Judge S. Courter M. Shimeall**
**CASUALTY COMPANY,**

      **Defendant.**

**ORDER**

This matter came before the Court for a mediation, and the Parties reached a settlement. (ECF No. 74.) As such, the trial date and corresponding deadlines in this case are **VACATED**. (ECF No. 56.) The Parties are **ORDERED** to file either a stipulation of dismissal in compliance with Federal Rule of Civil Procedure 41 or a joint status update **within 30 days** of the date of this Order. The Court **DENIES AS MOOT** (ECF No. 58) Plaintiff Carrie Ann Sedor's Motion for Reconsideration.

This case remains open.

**IT IS SO ORDERED.**

**6/4/2026**                              **s/Edmund A. Sargus, Jr.**
**DATE**                                **EDMUND A. SARGUS, JR.**
                                        **UNITED STATES DISTRICT JUDGE**